UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAVIER AHMED,

                Plaintiff(s).

                22 civ 2679 (JGK)

    -against-

                **WRIT OF MANDAMUS**
ALEJANDRO MAYORKAS,        **SCHEDULING ORDER**

                Defendant(s).
-----------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

    A complaint for writ of mandamus has been filed with the Court.

    The plaintiff shall serve the Government with both a copy of this order, plus the complaint, within 14 days from the date of this order, and submit proof of service of both.

    It is hereby ordered that the Government shall answer the complaint by **June 24, 2022.**

    A conference will be held on **Tuesday, June 28, 2022, at 2:30pm.**

**SO ORDERED.**

                                                    _____
                                                          **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 11, 2022